## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gordon, Michelle G | Case Number: 04 B 35969 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 9/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  May 9, 2008
Confirmed:  November 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,981.45 | |
| Secured: | | 6,998.77 |
| Unsecured: | | 5,396.65 |
| Priority: | | 0.00 |
| Administrative: | | 2,564.40 |
| Trustee Fee: | | 808.18 |
| Other Funds: | | 1,213.45 |
| Totals: | 16,981.45 | 16,981.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,564.40 | 2,564.40 |
| 2. | Americredit Financial Ser Inc | Secured | 6,998.77 | 6,998.77 |
| 3. | Cash To Go | Unsecured | 135.26 | 248.94 |
| 4. | Sir Finance Corporation | Unsecured | 282.50 | 519.93 |
| 5. | AAA Checkmate LLC | Unsecured | 416.07 | 765.75 |
| 6. | Americredit Financial Ser Inc | Unsecured | 1,974.38 | 3,633.77 |
| 7. | Peoples Energy Corp | Unsecured | 29.16 | 0.00 |
| 8. | SBC | Unsecured | 57.11 | 105.11 |
| 9. | CFC Financial Corp | Unsecured | 66.92 | 123.15 |
| 10. | A All Financial | Unsecured | | No Claim Filed |
| 11. | AT&T Wireless | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 14. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 15. | Macey & Aleman | Unsecured | | No Claim Filed |
| 16. | U S Cash LLC | Unsecured | | No Claim Filed |
| | | | $ 12,524.57 | $ 14,959.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 131.44 |
| 4% | 56.60 |
| 3% | 36.40 |
| 5.5% | 222.36 |
| 5% | 60.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gordon, Michelle G                        Case Number:  04 B 35969

                                                      Judge:  Wedoff, Eugene R

         Printed:  6/24/08                            Filed:  9/28/04

|        |          |
|--------|----------|
| 4.8%   | 126.14   |
| 5.4%   | 174.59   |
|        | _____ |
|        | $ 808.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.


                        Marilyn O. Marshall, Trustee, by: